**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

Eastern District of Kentucky
FILED

AUG 13 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                    **INDICTMENT NO.** 26-57-DLB-CJS

**REBECCA ROBERSON**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
**21 U.S.C. § 841(a)(1)**

On or about October 1, 2025, in Mason County, in the Eastern District of Kentucky,

**REBECCA ROBERSON**

knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
**21 U.S.C. § 841(a)(1)**

On or about October 1, 2025, in Mason County, in the Eastern District of Kentucky,

**REBECCA ROBERSON**

knowingly and intentionally possessed with intent to distribute 50 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about May 27, 2026, in Mason County, in the Eastern District of Kentucky, and elsewhere,

**REBECCA ROBERSON**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**ELAINE K. LEONHARD**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 and 3:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

If the Defendant has a prior conviction for a "felony drug offense," not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**COUNT 2:** Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.